**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JOHN EARL JORDAN, JR.**
Reg. #07438-043                                                                                          **PETITIONER**

**2:10CV00154-WRW-JJV**

**T. C. OUTLAW,**
**Warden, FCI-Forrest City**                                                              **RESPONDENT**

**ORDER**

According to Mr. Jordan's Petition for Writ of Habeas Corpus (Doc. No. 1), he "asserts new issues only, based on newly discovered evidence that could not have been previously presented." Specifically, Petitioner argues that: (1) he is being denied access to the courts; (2) he is being held in the SHU for an extended period of time; (3) the BOP is intentionally blocking his right to pursue the administrative remedy process; and (4) he is being retaliated against by Counselor Kenneth Brown. However, these new issues can not be brought under a habeas corpus petition. They relate to his conditions of confinement and should be raised in a 42 U.S.C. § 1983 action.

Petitioner also reasserts claims raised in previous cases in this and other districts; those claims are DENIED as they have been considered and adjudged.[1]

For these reasons, Mr. Jordan's Petition is DENIED and the case is DISMISSED. The Clerk of the Court is directed to send Petitioner a 42 U.S.C. § 1983 packet.

IT IS SO ORDERED this 12th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] See *Jordan v. Outlaw*, No. 2:09-CV-00092, Doc. Nos. 22, 33, 61; and *Jordan v. Outlaw*, No. 2:10-CV-00036-WRW, Doc. Nos. 12, 16, 25.