# IN THE UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JOHN EARL JORDAN, JR.**
**Reg. #07438-043**                                                                                               PETITIONER

v.                                         2:10CV00154-WRW

**T. C. OUTLAW,**
**Warden, FCI-Forrest City**                                                                          RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered ORDERED, and

ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 12th day of October, 2010.


                                                              /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE