# IN THE UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN EARL JORDAN, JR.**
**Reg. #07438-043**                                                                                      **PETITIONER**

**v.**                          **2:10-CV-00154-WRW**

**T.C. OUTLAW**
**Warden, FCI-Forrest City**                                                           **RESPONDENT**

## ORDER

Petitioner's Motion to Vacate (Doc. No. 10) is DENIED.

IT IS SO ORDERED this 3rd day of November, 2010.


                                                        /s/ Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE